UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN
DISTRICT OF TEXAS HOUSTON
DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-32083 |
| INNOVATION MACHINING | § | |
| SOLUTIONS, LLC | § | |
| Debtor | § | CHAPTER 11 |
| | § | |

**RESPONSE AND OPPOSITION OF KANDLE OILFIELD PRODUCTS, INC.,
TO MOTION OF UNITED STATES TRUSTEE TO DISMISS CASE WITH
PREJUDICE, OR IN THE ALTERNATIVE, TO CONVERT CASE TO CHAPTER
7**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

Respondent, Kandle Oilfield Products, Inc., a creditor herein ("Kandle", or "Respondent"), files the following RESPONSE AND OPPOSITION OF KANDLE OILFIELD PRODUCTS, INC., TO MOTION OF UNITED STATES TRUSTEE TO DISMISS CASE WITH PREJUDICE, OR IN THE ALTERNATIVE, TO CONVERT CASE TO CHAPTER 7 ("Motion"):

1. **Kandle admits almost all allegations of Motion; but requests Conversion, not Dismissal.** Kandle Admits the allegations in the Motion as found in Paragraphs 1 through 22, and those in paragraph 24. Kandle denies that the allegations in paragraph 23 and the requested relief of a mere dismissal of this case; as such dismissal is not in the best interest of the creditors. Rather this case should be converted to a Chapter 7 Case,

included as this Court should also consider other issues not referenced or reviewed in the Trustee's Motion.

2. **Additional Issues Relevant to Motion Issues.**  Trustee has not been involved in, and did not reference in the Motion the progress through this case of the key litigation and global settlement between Debtor and Kandle, although its effect and impact on the Motion issues and best interests of the creditors is profound. A brief recap of the key points helps in the consideration of the Motion.

a. **Kandle /Debtor lawsuit involved title and ownership to almost all of Debtor's scheduled assets.** In December 2014, Kandle as a first perfected blanket lien creditor, foreclosed on and took title to substantially all of Debtor's assets. Debtor's state court case challenged the sale and Kandle's title, but one day prior to trial, Debtor filed this Bankruptcy case, the stay lifted and such case was removed by Kandle to this Bankruptcy Court, where it is pending, and unadjudicated  under Adversary no. 16-03158 ("Adversary"). Pending the Adversary lawsuit outcome, either Kandle owns almost all of Debtor's assets as scheduled in this case, or not; and substantial monetary claims between them (each side claiming in excess of $1million in damages owed by the other) would be resolved.

b. **Global Debtor/Kandle/Challenger Settlement dramatically impacts Estate and Conversion Issues.**  In the Adversary, at a scheduling conference on September 21, 2016, Debtor and Kandle announced that along with settlement cash consideration to be paid by Challenger Tool and Equipment Co., Inc., Debtor and Kandle had reached

a binding global settlement, including key terms that would dramatically impact this Motion, the Estate and its claims and assets, to wit:

i) that , on Challenger's payment to Kandle, the Adversary would be settled and dismissed with prejudice, and all claims between Debtor and Kandle mutually settled and released,  with Kandle withdrawing all its claims in the main case ( of approx. $1.5 million); and

ii) Most importantly, all of the assets claimed and scheduled by Debtor in this case would be released from Kandle's title claims, thereby vesting in Debtor its full unencumbered ownership of all its scheduled assets (except for the released claim against Kandle).

The completion of the settlement vests Debtor with clear title to : (a) machinery and equipment valued at $74,915.00; (b)  other  property  valued at $317,435.00;  (c) office  furniture valued  at  $3,900.00;  (d)  inventory  valued  at  $2,200.00;  (e) accounts receivable valued at $8,947.50; (f) deposits valued at $8,339.00; and (g) cash in bank accounts of $14,150.18. Kandle believes the drawings, designs and intellectual property scheduled by Debtor as of being unknown value is, in fact, very valuable. As of this settlement, there will be significant and valuable assets with which to pay creditors in a Chapter 7 conversion; and it is the best interest of the estate and creditors to conclude the settlement upon or in connection with a Conversion to Chapter 7.

c. **Unique Procedural Status also Supports Conversion.** As the Motion noted, after the global settlement announcement, Counsel for Debtor withdrew, by Court Order. The global settlement is pending, but is not concluded, and it can best be wrapped up

with a Chapter 7 Trustee succeeding as the estate representative. Of course on such being concluded, such Chapter 7 estate will also be vested with very substantial unencumbered assets, immediately accessible for sale and distribution to creditors by the Trustee. Conversion to Chapter 7 is the best and only remedy here; especially as opposed to a mere dismissal's resulting  procedural mess, its lack of Adversary and settlement resolutions, and its failure to administer the substantial Debtor assets for creditor payments.

3. Kandle  requests that, in the best interests of the creditors, this case be converted to a Chapter 7 case, and that it have suvh other and further relief to which it may be entitled.

Respectfully Submitted,

/s/James J. Hansen

_____

James J. Hansen

So. Dist. ID no. 2790
Texas State Bar No. 08929730
One Riverway, Suite 1700
Houston, Texas 77056
Telephone:  (713) 280-4040
Facsimile:  (713) 280-4090
Email: willihearfromu@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2016, a true and correct copy of the above and foregoing was mailed by electronic mail or by first class regular mail to interested parties at their addresses of record as scheduled below.

> Alan S. Gerger, Esq.
> The Gerger Law Firm PLLC
> 2211 Norfolk
> Houston,
> TX
> 77098

US Trustee
Office of the US
Trustee 515 Rusk
Ave
Ste 3516
Houston, TX
77002
713-718-4650

/s/James Hansen

_____

James Hansen

ELIZABETH A. CALDWELL
5000 Watkins Way #623
Friendswood, TX 77546-8117

ENTERGY
P O BOX 8104
BATON ROUGE, LA 70891-8104

EXPRO AMERICAS, LLC
14315 Heffmeister Bldg B
Houston, TX 77065-3105

FLATIRON CAPITAL
1700 Lincoln St. 12th Floor
Denver, CO 80203-4501

FORGE USA
P O Box 20445
Dallas, TX 75320-0001

Guard-IT Corporation
1250 S. Capital of Texas Hwy
Bldg 3, Suite 400
Austin, Texas 78746-6446

HARRIS COUNTY TAX ASSESSOR
1001 Preston St
Houston, Texas 77002-1899

Harris County et al
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx. 77253-3064

ILO R. FLOYD
12102 Fork Creek Dr.
Houston, TX 77065-3806

INTERNAL REVENUE SERVICE
P.O. Box 10541
Atlanta, GA 30310-0541

INTERNAL REVENUE SERVICE
Special Procedures Staff-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
c/o U.S. Attorney
P.O. Box 61129
Houston, TX 77208-1129

JAMES J. HANSEN
One Riverway
Suite 1700
Houston, Texas 77056-1997

JAPAN MACHINE TOOLS CORPORATION
P O Box 40024
Houston, TX 77240-0024

JON D. TOTZ
2211 Norfolk, Suite 510
Houston, Texas 77098-4048

JP STEEL, LLC
P O Box 592
Katy, TX 77492-0592

Jose Lopez, Receiver
4601 Washington Ave., Suite 200
Houston, Texas 77007-5473

KANDLE OILFIELD PRODUCTS, INC.
14019 Interdrive East
Houston, TX 77032-3312

LMC PRECISION MACHINE, INC.
11816 CR 302 Bldg#3
Plantersville, TX 77363-8062

MARINE URETHANE, INC.
2000 Wilson Road
Humble, Texas 77396-1537

MARK C. TUBBS
266 CR 390
Cleveland, TX 77328-7604

MARK'S MACHINE SHOP
P.O. Box 1596
El Campo, Texas 77437-1596

MCMASTER-CARR
P O Box 7690
Chicago, IL 60680-7690

MBI RIGGING AND CRATING
3838 Western Way NE
Albany, OR 97321-7421

MICHAEL A. HYSMITH
8244 Razorback Dr.
Spring, TX 77389-3454

MICHAEL STEIN, Receiver
1811 Bering Drive, Ste. 420
Houston, TX 77057-3186

MONTGOMERY COUNTY TAX OFFICE
400 N. San Jacinto St
Conroe, Texas 77301-2823

Marine Urethane, Inc
c/o Marc Ellison
2211 Norfolk, Ste 510
Houston, TX 77098-4048

Montgomery County
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx. 77253-3064

Label Matrix for local noticing
0541-4
Case 16-32083
Southern District of Texas
Houston
Tue Jun 21 08:55:30 CDT 2016

Challenger Equipment & Tool Co., Inc.
c/o H. Brad Parker
2180 North Loop West, Suite 510
Houston, TX 77018-8002

Donato Minx Brown & Pool, PC
3200 Southwest Freeway
Ste 2300
Housotn, Te 77027-7541

Harris County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

Innovative Machining Solutions, LLC
1544 Jefferson Chemical Rd
Conroe, TX 77306-5579

Kandle Oilfield Products, Inc.
Kandle Oilfield Products, Inc.
14019 Interdrive East,
Houston, tx 77032-3312

Montgomery County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

ADLER TANK RENTALS
2751 Aaron St.,Deer Park, TX 77536
P O Box 45081 San Francisco, CA 94145-00

ADVANCED FLAMECUTTING & STEEL, INC.
1320 Almeda Genoa Rd.
Houston, TX 77047-4210

AIRGAS USA, LLC
P O Box 1152
Tulsa, OK 74101-1152

ALLIED DEAN-CHEMICAL
5616 Corl St.
Houston, TX 77087-4108

AMERICAN FOUNDRY GROUP
14602 S. GRANT
Bixby, OK 74008-3714

AT&T
P.O. BOX 105414
ATLANTA, GA 30348-5414

ATLAS ALARM
4103 ASCOT LN
HOUSTON, TEXAS 77092-8311

ATLAS MACHINE MOVERS
P O Box 173
South Houston, TX 77587-0173

BARNET & GARCIA
3821 Juniper Trace, Suite 108
Austin, Texas 78738-5514

BASS TOOL
2300 Fairway Park Dr.
Houston, TX 77092-7603

CARBIDE AND SUPPLY
11050 West Little York, Unit B7
Houston, TX 77041-5056

CHALLENGER EQUIPMENT & TOOL CO. INC
12814 Old Boudreaux Lane
Tomball, Texas 77306

CHASE BANK
340 S Cleveland Ave Bldg 370
Westerville, OH 43081-8917

CITY OF CUT AND SHOOT
P O BOX 7176
CUT AND SHOOT, TEXAS 77306-0176

CLEVELAND GEAR COMPANY
3249 East 80th St.
Cleveland, OH 44104-4395

CONSOLIDATED COMMUNICATIONS
3580 S LOOP W
CONROE, TEXAS 77304

CROWN EQUIPMENT CORP
P O Box 641173
Cincinnati, OH 45264-1173

Chad Hawkins
1544 Jefferson Chemical Rd
Conroe, Texas 77306-5579

Cleveland Gear Company, Inc.
Jon D. Totz
2211 Norfolk, Ste 510
Houston, TX 77098-4048

DONATO, MINX, BROWN & POOL P.C.
3200 Southwest Freeway #2300
Houston, TX 77027-7541

DXP
P O Box 201791
Dallas, TX 75230

Donato, Minx, Brown & Pool, PC
3200 Southwest Freeway
Suite 2300
Houston, Texas 77027-7541

NEWAY CNC
9757 Stafford Centre Drive
Stafford, TX 77477-5030

PIG MACHINE LLC
22800 Gabriel
New Caney, Texas 77357-4968

REPUBLIC SERVICES
149 INDUSTRIAL CT
CONROE, TEXAS 77301-6203

REX SUPPLY CO.
P O Box 670587
Detroit, MI 48267-0587

SEALS AND PACKINGS, INC.
P O Box 6678075
Dallas, TX 75267

SECURITIES AND EXCHANGE
Fort Worth Reginal Office
Burnett Plaza, Suite 1900
801 Cherry Street Unit 18
Fort Worth, TX 76102-6882

SMALLEY STEEL RING COMPANY
555 Oakwood Rd
Lake Zurich, IL 60047-1558

STRATASYS INC
7665 COMMERCE WAY
Eden Prairie, MN 55344-2001

Seals Packing Inc
Attn Grant Dunwoody
2500 Tanglewilde Ste 150
Houston TX 77063-2183

Stratasys, Inc.
c/o Patrick B. Hennessy
Best & Flanagan LLP
60 South Sixth Street
Suite 2700
Minneapolis, MN 55402-4690

TRADER PROPERTIES
2600 South Gessner Rd., Ste 100
Houston, Texas 77063-3218

TRADER PROPERTIES
5305 Allard Way
Edmonton AB TGH-5X8

TRAVIS L. PETERSON
13081 Royal Lake Dr.
Conroe, TX 77303-2858

Texas Workforce Commission
Regulatory Integrity Division - SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0001

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

ZACHARY MCKAY
17171 Park Row, Suite 160
Houston, Texas 77084-4927

Alan Sanford Gerger
Dunn Neal et al
3006 Brazos Street
Houston, TX 77006-3418

James J Hansen
James Hansen, Attorney at Law
One Riverway
Suite 1700
Houston, TX 77056-1997

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
c/o U.S. Attorney
19th & Constitution, N.W.
Washington, DC 20530

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Challenger Equipment & Tool Co. Inc.
12814 Old Boudreaux Lane
Tomball, Texas 77306

End of Label Matrix
Mailable recipients    77
Bypassed recipients     1
Total                  78