Case 16-32083   Document 91   Filed in TXSB on 12/12/16   Page 1 of 2



ENTERED
12/12/2016

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| INNOVATIVE MACHINING | § | 16-32083 (DRJ) |
| SOLUTIONS, LLC | § | (Chapter 11) |
| | § | |
| DEBTOR | § | |

**AGREED ORDER CONVERTING CASE TO CHAPTER 7**
[Relates to Dkt. No. 78]

CAME ON for consideration the Motion of the United States Trustee to Dismiss Case With Prejudice, or in the Alternative, to Convert Case to Chapter 7 (the "Motion") [Dkt. No. 68] the Response and Opposition of Kandle Oilfield Products, Inc. [Dkt. No. 80], and the Request for Hearing by The Gerger Law Firm PLLC [Dkt. No. 81], which was later withdrawn at Dkt. No. 87, due notice and opportunity for a hearing having been given to all parties-in-interest. This stipulation is made between (i) Innovative Machining Solutions, LLC, by and through Ilo Floyd, the Manager and sole owner of the Debtor, (ii) Kandle Oilfield Products, Inc., a creditor, and (iii) the United States Trustee.

NOW THEREFORE, the parties hereby stipulate and good cause appearing for the entry of this Agreed Order, it is hereby

**ORDERED** that:

(1)   The Motion is **GRANTED**.

(2)   This chapter 11 case is **CONVERTED** to a case under chapter 7.

Signed: December 12, 2016.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AS TO FORM AND SUBSTANCE:

JUDY A. ROBBINS
UNITED STATES TRUSTEE

By:     /s/ Hector Duran
        Hector Duran
        Trial Attorney
        Texas Bar No. 00783996/Fed. ID No. 15243
        515 Rusk, Suite 3516
        Houston, Texas  77002
        Telephone:  (713) 718-4650 x 241
        Fax:   (713) 718-4670

COUNSEL FOR THE UNITED STATES TRUSTEE

By:     /s/ Ilo Floyd w/permission by Hector Duran
        Ilo Floyd, Manager and Sole Owner
        Innovative Machining Solutions, LLC
        1544 Jefferson Chemical Road
        Conroe, TX  77306
        Telephone:  (832) 865-0504

MANAGER AND SOLE OWNER OF INNOVATIVE MACHINING SOLUTIONS, LLC, DEBTOR IN POSSESSION

LAW OFFICE OF JAMES J. HANSEN

By:     /s/ James J. Hansen w/permission by Hector Duran
        James J. Hansen
        Texas Bar No. 08929730/Fed. ID No. 2790
        One Riverway, Suite 1700
        Houston, Texas 77056
        Telephone:  (713) 280-4040
        Fax:  (713) 280-4090

COUNSEL FOR KANDLE OILFIELD PRODUCTS, INC., A CREDITOR